**TIMOTHY J. YOO, (SBN 155531)**
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-3361
E-Fax: 1 (310) 861-5040
Email: tjy@lnbyg.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT ANTHONY RAND<br>ALEXANDRA RODRIGUEZ RAND<br><br>Debtor(s) | Bk. No. 2:22-BK-10346-SK<br><br>**Chapter 7**<br><br>**NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS**<br>**[11 U.S.C. § 554(a)]**<br><br>(No Hearing Required) |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), the Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, intends to and will abandon the estate's interest in certain assets, referred to herein as the "Property", and described as follows:

2019 VOLVO S60 T5

2019 VOLVO S60 T6

///

The Trustee is informed and believes that either the estate has no interest in the Property or there is no realizable equity in the Property for the benefit of the estate. Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1, any objections or request for hearing must be filed with the Court and served on the Trustee at 2818 La Cienega Avenue, Los Angeles, CA 90034, (310) 229-3361, not more than fourteen (14) days after service from this Notice, unless the notice specifies a longer period or unless otherwise ordered by the court. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Property fourteen (14) days from the date of mailing this notice, which date is noted below. No court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall within 21 days from the date of service of such objection, contact the Court and obtain a hearing date and give notice of the hearing date to those entities objecting and to the U.S. Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

DATED: November 3, 2022

_____
TIMOTHY J. YOO
Chapter 7 Trustee

Mailing date:    11/3/2022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/4/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Peter M Lively**    PeterMLively2000@yahoo.com
- **Garry A Masterson**    BnkEcf-CA@weltman.com
- **Valerie Smith**    claims@recoverycorp.com
- **Jeffrey L Sumpter**    jsumpter1@cox.net
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 11/4/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein, U.S. Bankruptcy Court, 255 E Temple Street, Room 1582, Los Angeles, CA 90012
Debtors: Robert Rand and Alexandra Rand,  13929 Marquesas Way, 216A, Marina Del Rey, CA 90292

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2022 | Linda Riess | /s/ Linda Riess |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Advancial Fed Cr Union<br>10,000 N. Central Expressway, #1400<br>Dallas, TX 75231-2319 | Advancial Fedl Cr Union<br>1845 Woodall Rogers Fwy<br>Dallas, TX 75201-2260 | Alexandra Rodriguez Rand<br>13929 Marquesas Way, 216A<br>Marina Del Rey, CA 90292 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | American Express Legal<br>199 S. Los Robles Ave ,#540<br>Pasadena, CA 91101-4680 | American Express Nat'l Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | California Department of Tax and Fee Admin<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| California Dpt. of Tax/Fee Admin<br>Collections Sup Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131 | Capital One Bank, N.A.<br>by American InfoSource<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Bank, N.A.<br>sbmt Chase Bank USA, N.A.<br>c/o National Bkpt Svs, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | CITIBANK/DSNB MACY'S<br>1000 TECHNOLOGY DR, MS 7770<br>FALLON, MO 63368-2222 | Colorado Dept of Revenue<br>PO Box 17087<br>Denver, CO 80217-0087 |
| Department St Nt'l Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | DISCOVER FIN SERV. LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054 |
| Employment Develop Dept.<br>Bankruptcy GrP MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Far West Management Corp<br>13999 Marquesas Way<br>Marina Del Rey, CA 90292 | Franchise Tax Board<br>Bankruptcy Sect MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812 | Gaba Guerrini Law Corp<br>8583 Irvine Center Dr, #500<br>Irvine, CA 92618-4298 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMORGAN CHASE BANK<br>BKPTCY MAIL INTAKE TM<br>700 KANSAS LANE, FL 01<br>MONROE LA 71203-4774 | Michael & Associates<br>555 St. Charles Dr, # 204<br>Thousand Oaks, CA 91360-3992 | OFC OF FINANCE<br>CITY OF LOS ANGELES<br>200 N SPRING ST, RM 101<br>LOS ANGELES CA 90012 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC<br>Agent-Genesis FS Card Svs<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rand Family Holdings, Inc.<br>9860 Glenoaks Blvd<br>Sun Valley, CA 91352-1044 |

| | | |
|---|---|---|
| Robert Anthony Rand<br>13929 Marquesas Way, 216A<br>Marina Del Rey, CA 90292 | Specialty Finance Group<br>11 Wilcox Place<br>Branford, CT 06405-4845 | SYNCB/Phillips 66<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Toby Kaufman/Elaine Kaufman<br>Trustees-Kaufman Family Tst<br>13811 Eldridge Avenue<br>Sylmar, CA 91342-1706 | Volvo Car Financial Services<br>1 Volvo Drive<br>Rockleigh, NJ 07647-2507 | Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Yves A. Richarz<br>33214 Canyon Quail Trail<br>Santa Clarita, CA 91390 | |