**TIMOTHY J. YOO (SBN 155531)**
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-3361
E-Fax: 1 (310) 861-5040
Email: tjy@lnbyg.com

Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. No. 2:22-BK-10346-SK |
| ROBERT ANTHONY RAND<br>ALEXANDRA RODRIGUEZ RAND | Chapter 7 |
| Debtor. | **REQUEST FOR COURT COSTS**<br><br>Date:<br>Time:    NO HEARING REQUIRED<br>Place: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred in this case.  Said sum will be included in the Final Report and Account.

DATED: December 15, 2022

　　　　　　　　　　　　　　　　　　/S/ Timothy J. Yoo
　　　　　　　　　　　　　　　　　　TIMOTHY J. YOO
　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR COURT COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Peter M Lively**     PeterMLively2000@yahoo.com
- **Garry A Masterson**     BnkEcf-CA@weltman.com
- **Valerie Smith**     claims@recoverycorp.com
- **Jeffrey L Sumpter**     jsumpter1@cox.net
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On December 15, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein, United States Bankruptcy Court, 255 E. Temple St., Room 1582, Los Angeles CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2022 | Linda Riess | /s/ Linda Riess |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE